1  Robert G. Abrams
   Thomas A. Isaacson
2  Peter A. Barile III
   HOWREY LLP
3  1299 Pennsylvania Avenue, N.W.
   Washington, DC 20004
4  Tel.: (202) 783-0800
   Fax: (202) 383-6610
5  abramsr@howrey.com
   isaacsont@howrey.com
6  barilep@howrey.com

7  Paul Alexander
   HOWREY LLP
8  1950 University Avenue                     Guido Saveri
   East Palo Alto, CA 94303                   R. Alexander Saveri
9  Tel.: (650) 798-3500                       Melissa Shapiro
   Fax: (650) 798-3600                        Cadio Zirpoli
10 alexanderp@howrey.com                      SAVERI & SAVERI, INC.
                                              706 Sansome Street
11 Emily L. Maxwell                           San Francisco, CA 94111
   HOWREY LLP                                 Tel.: (415) 217-6810
12 525 Market Street, Suite 3600              Fax: (415) 217-6813
   San Francisco, CA 94105                    guido@saveri.com
13 Tel.: (415) 848-4947                       rick@saveri.com
   Fax: (415) 848-4999                        melissa@saveri.com
14 maxwelle@howrey.com                        cadio@saveri.com

15 *Lead Class Counsel*                       *Liaison Class Counsel*
   *Member of the Steering Committee for*     *Member of the Steering Committee for Plaintiffs*
16 *Plaintiffs in MDL No. 2029*               *in MDL No. 2029*

17

18              **UNITED STATES DISTRICT COURT**

19             **NORTHERN DISTRICT OF CALIFORNIA**

20

| | |
|---|---|
| 21 **IN RE ONLINE DVD RENTAL ANTITRUST LITIGATION** | **Master File No. M:09-CV-2029 PJH** |
| 22 | **MDL No. 2029** |
| 23 | **Hon. Phyllis J. Hamilton** |
| 24 **This document relates to:** | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN** |
| 25 | **PLAINTIFFS** AND ORDER |
| 26 3:09-cv-00002 PJH<br>3:09-cv-00096 PJH | |
| 27 3:09-cv-00111 PJH<br>3:09-cv-00116 PJH | |
| 28 3:09-cv-00138 PJH<br>3:09-cv-00139 PJH | |

| | |
|---|---|
| 3:09-cv-00180 PJH | |
| 3:09-cv-00225 PJH | |
| 3:09-cv-00236 PJH | |
| 3:09-cv-00244 PJH | |
| 3:09-cv-00274 PJH | |
| 3:09-cv-00294 PJH | |
| 3:09-cv-00340 PJH | |
| 3:09-cv-00349 PJH | |
| 3:09-cv-00361 PJH | |
| 3:09-cv-00368 PJH | |
| 3:09-cv-00375 PJH | |
| 3:09-cv-00378 PJH | |
| 3:09-cv-00391 PJH | |
| 3:09-cv-00399 PJH | |
| 3:09-cv-00400 PJH | |
| 3:09-cv-00402 PJH | |
| 3:09-cv-00434 PJH | |
| 3:09-cv-00445 PJH | |
| 3:09-cv-00447 PJH | |
| 3:09-cv-00496 PJH | |
| 3:09-cv-00553 PJH | |
| 3:09-cv-00554 PJH | |
| 3:09-cv-00678 PJH | |
| 3:09-cv-00958 PJH | |
| 3:09-cv-01274 PJH | |
| 3:09-cv-01499 PJH | |
| 3:09-cv-01740 PJH | |
| 3:09-cv-02154 PJH | |
| 3:09-cv-02062 PJH | |
| 3:09-cv-02063 PJH | |
| 3:09-cv-02155 PJH | |
| 3:09-cv-02156 PJH | |
| 3:09-cv-02152 PJH | |
| 3:09-cv-02153 PJH | |
| 3:09-cv-02065 PJH | |
| 3:09-cv-02151 PJH | |
| 3:09-cv-02184 PJH | |
| 3:09-cv-02150 PJH | |
| 3:09-cv-02067 PJH | |
| 3:09-cv-02066 PJH | |

PLEASE TAKE NOTICE that the following Plaintiffs, on behalf of themselves, by and through the undersigned counsel, hereby voluntarily dismiss their claims without prejudice against defendants pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure: Gary Bunker, John Haley, Eric Roslansky, Kevin Simpson (3:09-cv-00002); Michael O'Connor (3:09-cv-00096); Sarah Endzweig (3:09-cv-00111); Christopher Schmitz (3:09-cv-00116); Scott Lynch, Sisto Abeyta, Allison Hancock

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

- 1 -

(3:09-cv-00138); Jonathan Groce, Susan Horowitz (3:09-cv-00139); Armond Faris (3:09-cv-00180); Suzanne Slobodin (3:09-cv-00225); Katherine Anthony, Paul Gottfried (3:09-cv-00236); Melanie Polk-Stamps (3:09-cv-00244); Richard Sheeler, Jr. (3:09-cv-00274); Cathleen Chapman (3:09-cv-00294); Linda Landels, Antonia Landels (3:09-cv-00340); Sarah Grime (3:09-cv-00349); Douglas Meyer (3:09-cv-00361); Laura Randall (3:09-cv-00368); Frank Hirsch (3:09-cv-00375); Argyre Patras (3:09-cv-00378); James Chatelain (3:09-cv-00391); Tobias Millrood (3:09-cv-00399); Amos Kober (3:09-cv-00400); Margarita Lacabe (3:09-cv-00402); Ranjan Roy (3:09-cv-00434); Brandon Bruno, Paige Gabay (3:09-cv-00445); Ashkun Zaker (3:09-cv-00447); Sanjay Parikh (3:09-cv-00496); Nicole Johnson (3:09-cv-00553); Christine Gannon (3:09-cv-00554); Kimberly Williams (3:09-cv-00678); Alexandra Haddad (3:09-cv-00958); Travis Wiebe (3:09-cv-01274); Gabriel Kra (3:09-cv-01499); Adrienne Belai (3:09-cv-01740); Robert Touchton (3:09-cv-02154); Charles Kopera (3:09-cv-02062); Aimee Bowles (3:09-cv-02063); Myles Levin (3:09-cv-02155); Francis Cleary (3:09-cv-02156); Burton Jones (3:09-cv-02152); Katie Hotard (3:09-cv-02153); Paul Michalski, Kathleen Hellevik, Kevin Arendt (3:09-cv-02065); Stefanie Shafeek (3:09-cv-02151); Robert Wagner (3:09-cv-02184); Fernando Ortiz-Cardona (3:09-cv-02150); Sascha Mayer (3:09-cv-02067); Brandon Walters, Jennifer Walters (3:09-cv-02066); Martha Karatz (docket number not assigned in N.D. Cal. (transferred from the Southern District of Indiana 1:09-cv-00136)); Jane Boynton (docket number not assigned in N.D. Cal. (transferred from New Hampshire 1:09-cv-00026)); Salvadore Christina, Jr. (docket number not assigned in N.D. Cal. (transferred from the Middle District of Louisiana 3:09-cv-00059)). Each of the Voluntarily Dismissed Plaintiffs' actions have been transferred and consolidated into the *In Re Online DVD Antitrust Litigation* Master File No. M:09-CV-2029 PJH. Defendants have not served an answer or motion for summary judgment to the Voluntarily Dismissed Plaintiffs' complaints. Defendants have not filed an answer or motion for summary judgment to the Plaintiffs' Consolidated Amended Complaint filed on May 27, 2009 in the Consolidated MDL Proceeding. The above listed Plaintiffs reserve their rights as absent class members to share in any recovery in this case to which they would otherwise be entitled. All counsel listed below have assented to the filing of this Notice. Pursuant to

1  the Court's April 30, 2009, "Supplement to Pretrial Order No. 1" (*See* Docket No. 8), Plaintiffs have

2  filed this Notice in the individual docket numbers listed in the caption above, in addition to the Master

3  File docket number.  The following individual dockets can now be closed:

4

5  3:09-cv-00096 PJH
   3:09-cv-00111 PJH
6  3:09-cv-00116 PJH
   3:09-cv-00139 PJH
7  3:09-cv-00180 PJH
   3:09-cv-00225 PJH
8  3:09-cv-00236 PJH
   3:09-cv-00244 PJH
9  3:09-cv-00274 PJH
   3:09-cv-00294 PJH
10 3:09-cv-00340 PJH
   3:09-cv-00349 PJH
11 3:09-cv-00361 PJH
   3:09-cv-00368 PJH
12 3:09-cv-00375 PJH
   3:09-cv-00378 PJH
13 3:09-cv-00391 PJH
   3:09-cv-00399 PJH
14 3:09-cv-00400 PJH
   3:09-cv-00402 PJH
15 3:09-cv-00434 PJH
   3:09-cv-00445 PJH
16 3:09-cv-00447 PJH
   3:09-cv-00496 PJH
17 3:09-cv-00553 PJH
   3:09-cv-00554 PJH
18 3:09-cv-00678 PJH
   3:09-cv-00958 PJH
19 3:09-cv-01274 PJH
   3:09-cv-01499 PJH
20 3:09-cv-01740 PJH
   3:09-cv-02154 PJH
21 3:09-cv-02062 PJH
   3:09-cv-02063 PJH
22 3:09-cv-02155 PJH
   3:09-cv-02156 PJH
23 3:09-cv-02152 PJH
   3:09-cv-02153 PJH
24 3:09-cv-02065 PJH
   3:09-cv-02151 PJH
25 3:09-cv-02184 PJH
   3:09-cv-02150 PJH
26 3:09-cv-02067 PJH
   3:09-cv-02066 PJH

27

28      NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

- 3 -

Dated: June 9, 2009

Respectfully Submitted,

BY:   /s/ Robert G. Abrams

Robert G. Abrams
Thomas A. Isaacson
Peter A. Barile III
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
Tel.: (202) 783-0800
Fax: (202) 383-6610

Paul Alexander
HOWREY LLP
1950 University Avenue
East Palo Alto, CA 94303
Tel.: (650) 798-3500
Fax: (650) 798-3600

Emily L. Maxwell
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, CA 94105
Tel.: (415) 848-4947
Fax: (415) 848-4999

*Counsel for Plaintiffs* (Case Nos. 3:09-cv-00002, 3:09-cv-00096, 3:09-cv-00236, 3:09-cv-00274, 3:09-cv-00361, 3:09-cv-00553, and 3:09-cv-00554)

***Lead Class Counsel and Member of the Steering Committee for Plaintiffs in MDL No. 2029***

*And attests in accordance with General Order No. 45 X. B. that concurrence in the filing of the document has been obtained from each of the undersigned counsel:*

Guido Saveri
R. Alexander Saveri
Melissa Shapiro
Cadio Zirpoli
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Tel.:  (415) 217-6810
Fax:  (415) 217-6813

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

- 4 -

*Counsel for Plaintiff* (Case No. 3:09-cv-00349)

***Liaison Class Counsel and Member of the***
***Steering Committee for Plaintiffs in MDL No.***
***2029***

Joseph J. Tabacco, Jr.
Christopher T. Heffelfinger
Todd A. Seaver
BERMAN DEVALERIO
425 California Street, Suite 2100
San Francisco, CA 94104
Tel.:  (415) 433-3200
Fax:  (415) 433-6382

Manuel J. Dominguez
BERMAN DEVALERIO
4280 Professional Center Drive, Suite 350
Palm Beach Gardens, FL 33410
Tel: (561) 835-9400
Fax: (561) 835-0322

*Counsel for Plaintiffs* (Case Nos. 3:09-cv-00111,
3:09-cv-00138, and 3:09-cv-00445)

Eugene A. Spector
Jeffrey J. Corrigan
William G. Caldes
Theodore M. Lieverman
Jay S. Cohen
Jonathan M. Jagher
SPECTOR ROSEMAN KODROFF
    & WILLIS, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Tel.:  (215) 496-0300
Fax:  (215) 496-6611

*Counsel for Plaintiffs* (Case Nos. 3:09-cv-00096,
3:09-cv-00274, 3:09-cv-00361, 3:09-cv-00553,
and 3:09-cv-00554)

H. Laddie Montague, Jr.
Merrill G. Davidoff
David F. Sorensen
Peter Kohn
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Tel.:  (215) 875-3010
Fax:  (215) 875-4604

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

- 5 -

*Counsel for Plaintiffs* (Case Nos. 3:09-cv-00116)

***Members of the Steering Committee for***
***Plaintiffs in MDL No. 2029***

Natalie Finkelman Bennett
SHEPHERD, FINKELMAN, MILLER,
SHAH, LLP
35 East State Street
Media, PA 19063
Tel.:  (610) 891-9880
Fax:  (610) 891-9883

Gary E. Mason
Donna F. Solen
THE MASON LAW FIRM LLP
1225 19th Street, N.W., Suite 500
Washington, DC 20036
Tel.:  (202) 429-2290
Fax:  (202) 429-2294

*Counsel for Plaintiff*

O'Connor v. Walmart.com USA LLC, et al.,
Case No. 09-0096 PJH

Vahn Alexander
FARUQI & FARUQI, LLP
1901 Avenue of the Stars, 2nd Floor
Los Angeles, CA 90067
Tel.:  (310) 461-1426
Fax:  (310) 461-1427

Kendall S. Zylstra
Richard Schwartz
FARUQI & FARUQI, LLP
2600 Philmont Avenue, Suite 324
Huntingdon Valley, PA 19006
Tel.:  (215) 914-2460
Fax:  (215) 914-2462

*Counsel for Plaintiff*

Schmitz v. Walmart.com USA LLC, et al., Case
No. 09-0116 PJH

Daniel A. Small
Benjamin D. Brown
Kit Pierson
Christopher Cormier
COHEN MILSTEIN SELLERS & TOLL PPLC

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

1   1100 New York Avenue, N.W.
    Suite 500, West Tower
2   Washington, DC 20005
    Tel.:  (202) 838-7797
3   Fax:  (202) 838-7745

4   *Counsel for Plaintiffs*

5   Lynch, et al. v. Walmart.com USA LLC, et al.,
    Case No. 09-0138 PJH
6
    Bryan L. Clobes
7   Ellen Meriwether
    Timothy Fraser
8   CAFFERTY FAUCHER LLP
    1717 Arch Street, Ste., 3610
9   Philadelphia, PA 19103

10  Nyran Rose Pearson
    CAFFERTY FAUCHER LLP
11  30 N. LaSalle Street, Suite 3200
    Chicago IL 60602
12
    *Counsel for Plaintiffs*
13
    Groce, et al. v. Netflix, Inc., et al., Case No. 09-
14  0139 PJH

15  Daniel C. Girard
    Elizabeth C. Pritzker
16  Alex C. Turan
    GIRARD GIBBS LLP
17  601 California Street, Suite 1400
    San Francisco, CA 94104
18  Tel.:  (415) 981-4800
    Fax:  (415) 981-4846
19
    *Counsel for Plaintiffs*
20
    Groce, et al. v. Netflix, Inc., et al., Case No. 09-
21  0139 PJH
    Faris v. Netflix, Inc., et al., Case No. 09-0180
22  PJH
    Polk-Stamps v. Netflix, Inc., et al., Case No. 09-
23  0244 PJH

24  Kevin Bruce Love
    Michael E. Criden
25  CRIDEN & LOVE, P.A.
    7301 S.W. 57 h Court, Suite 515
26  South Miami, FL 33143

27  *Counsel for Plaintiff*

28  NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

1

2

*Faris v. Netflix, Inc., et al.*, Case No. 09-0180
PJH

3

4

5

6

7

Robert C. Schubert
Willem F. Jonckheer
SCHUBERT JONCKHEER KOLBE &
KRALOWEC LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
Tel.: (415) 788-4220
Fax: (415) 788-0161

*Counsel for Plaintiffs*

8

9

10

11

*Slobodin v. Netflix, Inc., et al.*, Case No. 09-
0225 PJH
*Landels, et al. v. Netflix, Inc., et al.*, Case No.
09-0340 PJH
*James Chatelain v. Netflix, Inc., et al.*, Case No.
09-0391 PJH

12

13

14

15

Judith L. Spanier
Jill S. Abrams
Natalie Marcus
ABBEY SPANIER RODD & ABRAMS, LLP
212 East 39th Street
New York, New York 10016
Tel.: (212) 889-3700
Fax: (212) 684-5191

16

17

18

19

Craig H. Blinderman
MREJEN BLINDERMAN, P.L.
701 West Cypress Creek Road, Suite 302
Fort Lauderdale, FL 33309
Tel.: (954) 771-3740
Fax: (954) 771-3047

20

*Counsel for Plaintiffs*

21

22

*Anthony, et al. v. Walmart.com USA LLC, et al.*,
Case No. 09-0236 PJH

23

24

25

26

Mary Jane Fait
Theodore T. Bell
John E. Tangren
WOLF HALDENSTEIN ADLER FREEMAN &
HERZ LLC
55 West Monroe Street, Suite 1111
Chicago, IL 60603

*Counsel for Plaintiff*

27

28

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

- 8 -

1   Polk-Stamps v. Netflix, Inc., et al., Case No. 09-
    0244 PJH

2

3   Lee Albert
    Brian Brooks
    Jacqueline Sailer

4   MURRAY, FRANK & SAILER LLP
    275 Madison Avenue, Suite 801

5   New York, New York 10016
    Tel.: (212) 682-1818

6   Fax: (212) 682-1892

7   *Counsel for Plaintiff*

8   Sheeler, Jr. v. Walmart.com USA LLC, et al.,
    Case No. 09-0274 PJH

9

10  Michael F. Ram
    Erica Craven-Green
    LEVY, RAM & OLSON LLP

11  639 Front Street, 4th Floor
    San Francisco, CA 94111

12  Tel.: (415) 433-4949
    Fax: (415) 433-7311

13

14  *Counsel for Plaintiff*

15  Chapman v. Netflix, Inc., et al., Case No. 09-
    0294 PJH

16  Guy A. Wilson
    LAW OFFICES OF GUY A. WILSON

17  509 Orchard Street
    Santa Rosa, CA 95404

18  Tel.: (707) 525-1277

19  Roy A. Katriel
    THE KATRIEL LAW FIRM

20  1101 30th Street
    Washington, DC 20007

21  Tel.: (202) 625-4342

22  *Counsel for Plaintiffs*

23  Landels, et al. v. Netflix, Inc., et al., Case No.
    09-0340 PJH

24

25  Marc H. Edelson
    EDELSON & ASSOCIATES, LLC
    45 West Court Street

26  Doylestown, PA 18901
    Tel.: (215) 230-8043

27  Fax: (215) 230-8735

28  NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

                                   - 9 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Counsel for Plaintiff*

*Meyer v. Walmart.com USA LLC, et al.*, Case No. 09-0361 PJH

Laurence D. King
Linda M. Fong
KAPLAN, FOX & KILSHEIMER, LLP
350 Sansome Street
Suite 400
San Francisco, CA 94104
Tel:  (415) 772-4700
Fax:  (415) 772-4707

Linda P. Nussbaum
KAPLAN, FOX & KILSHEIMER, LLP
850 Third Ave., 14th Floor
New York, NY 10022
Tel:  (212) 680-1980
Fax:  (212) 687-7714

*Counsel for Plaintiff*

*Randall v. Walmart.com USA LLC, et al.*, Case No. 09-0368 PJH

Douglas A. Millen
FREED KANNER LONDON & MILLEN, LLC
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
Tel.: (224) 632-4500
Fax.: (224) 632-4521

Harry Shulman
THE MILLS LAW FIRM
880 Las Gallinas Avenue, Suite 2
San Rafael, CA 94903
Tel.:  415-455-1326
Fax: 415-455-1327

*Counsel for Plaintiff*

*Hirsch v. Netflix, Inc., et al.*, Case No. 09-0375 PJH

Mark Warshaw
Jaquelynn Pope
WARSHAW & POPE
934 Hermosa Avenue, Suite 14
Hermosa Beach, CA 90254
Tel.:  (310) 379-3410

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

- 10 -

Edward F. Haber
SHAPIRO HABER & URMY
53 State Street
Boston, MA 02109
Tel.:  (617) 439-3939

*Counsel for Plaintiff*

James Chatelain v. Netflix, Inc., et al., Case No.
09-0391 PJH

Richard M. Volin
Michael McLellan
FINKELSTEIN THOMPSON LLP
1050 30th Street, N.W.
Washington, DC 20007
Tel.:  (202) 337-8000
Fax:  (202) 337-8090

Rosemary M. Rivas
Mark Punzalan
FINKELSTEIN THOMPSON LLP
100 Bush Street, Suite 1450
San Francisco, CA 94104
Tel.:  (415) 398-8700
Fax:  (415) 398-8704

Gordon M. Fauth, Jr.
LITIGATION LAW GROUP
1801 Clement Avenue, Suite 101
Alameda, CA 94501
Tel.:  (510) 238-9610
Fax:  (510) 337-1431

*Counsel for Plaintiff*

Patras v. Netflix, Inc., et al., Case No. 09-00378
PJH

Jeff D. Friedman
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue
Berkeley, CA 94710
Tel.:  (510) 725-3000
Fax:  (510) 725-3100

Steve W. Berman
Anthony D. Shapiro
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Tel.:  (206) 623-7292
Fax:  (206) 623-0594

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

- 11 -

1

2      Gerald J. Rodos
       Jeffrey B. Gittleman
3      Julie B. Palley
       BARRACK, RODOS & BACINE
4      3300 Two Commerce Square
       2001 Market Street
5      Philadelphia, PA 19130
       Tel.:  (215) 963-0600
6      Fax:  (215) 963-0838

7      Steve R. Basser
       BARRACK, RODOS & BACINE
8      One American Plaza
       600 West Broadway, Suite 900
9      San Diego, CA 92101
       Tel.:  (619) 230-0800
10     Fax:  (619) 230-1874

11     *Counsel for Plaintiff*

12     Millrood v. Walmart.com USA LLC, et al.  Case
       No. 09-00399 PJH

13     Frank J. Johnson
       Francis A. Bottini, Jr.
14     JOHNSON BOTTINI, LLP
       655 West Broadway, Suite 1400
15     San Diego, CA 92101
       Tel.:  (619) 230-0063
16     Fax:  (619) 233-5535

17     *Counsel for Plaintiff*

18     Kober v. Walmart.com USA LLC, et al.  Case
       No. 09-00400 PJH

19

20     Joseph Saveri
       Michele C. Jackson
21     Eric B. Fastiff
       Andrew S. Kingsdale
22     LIEFF CABRASER HEIMANN
       & BERNSTEIN, LLP
23     275 Battery Street, Suite 3000
       San Francisco, CA 94111
24     Tel.:  (415) 956-1000
       Fax:  (415) 956-1008

25     *Counsel for Plaintiff*

26     Lacabe v. Walmart.com USA LLC, et al.  Case
       No. 09-00402 PJH

27

28     NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Bruce L. Simon
Jonathan M. Watkins
PEARSON, SIMON, SOTER, WARSHAW &
PENNY, LLP
44 Montgomery Street
Suite 1430
San Francisco, CA 94104
Tel:  (415) 433-9000
Fax:  (415) 433-9008

*Counsel for Plaintiff*

*Roy v. Netflix, Inc. et al. Case No. 09-00434
PJH*

Mindee J. Reuben
WEINSTEIN KITCHENOFF & ASHER, LLC
1845 Walnut Street, Suite 1100
Philadelphia, PA 19103
Tel.:  (215) 545-7200
Fax:  (215) 535-6535

*Counsel for Plaintiffs*

*Bruno, et al. v. Walmart.com USA LLC, et al.
Case No. 09-00445 PJH*

Edward A. Wallace
Kenneth A. Wexler
WEXLER WALLACE, LLP
55 West Monroe Street, Suite 3300
Chicago, IL 60603
Tel: 312.346.2222
Fax: 312.346.0022

Mark J. Tamblyn
Neha Duggal
WEXLER WALLACE, LLP
455 Capitol Mall, Suite 231
Sacramento, CA 95814
Tel.: 916-492-1100
Fax: 916-492-1124

*Counsel for Plaintiff*

*Zaker v. Netflix, Inc., et al.  Case No. 09-00447
PJH*

Bonny E. Sweeney
David W. Mitchell
COUGHLIN STOIA GELLER RUDMAN &
ROBBINS LLP
655 West Broadway, Suite 1900

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

- 13 -

1   San Diego, CA 92101
    Tel.:  (619) 231-1058
2   Fax:  (619) 231-7423

3   William C. Wright
    THE LAW OFFICES OF WILLIAM C.
4   WRIGHT, P.A.
    301 Clematis Street, Suite 3000
5   West Palm Beach, FL 33401
    Tel.:  (561) 514-0904
6   Fax:  (561) 514-0905

7   *Counsel for Plaintiff*

8   *Parikh v. Netflix, Inc., et al.*  Case No. 09-00496
    PJH
9
    Garrett D. Blanchfield
10  REINHARDT, WENDORF & BLANCHFIELD
    E1250 First National Bank Building
11  332 Minnesota Street
    St. Paul, MN 55101
12  Tel.:  (651) 287-2100
    Fax:  (651) 287-2103
13
    *Counsel for Plaintiff*
14
    *Johnson v. Walmart.com USA LLC, et al.*  Case
15  No. 09-00553 PJH

16  David P. McLafferty
    MCLAFFERTY & ASSOCIATES, P.C.
17  923 Fayette Street
    Conshohocken, PA 19428
18  Tel.:  (610) 940-4000
    Fax:  (610) 940-4007
19
    *Counsel for Plaintiff*
20
    *Gannon v. Walmart.com USA LLC, et al.*  Case
21  No.  09-00554 PJH

22  Dianne M. Nast
    Joseph F. Roda
23  Michele S. Burkholder
    Daniel N. Gallucci
24  RODANAST, P.C.
    801 Estelle Drive
25  Lancaster, Pennsylvania 17601
    Telephone: (717) 892-3000
26  Facsimile: (717) 892-1200

27  *Counsel for Plaintiff*

28  NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

1

2
Williams v. Netflix, Inc., et al.  Case No. 09-00678 PJH

3
Edward M. Gergosian

4
Robert J. Gralewski
William D. Harris
GERGOSIAN & GRALEWSKI LLP

5
655 West Broadway Suite 1410
San Diego CA 92101

6
Tel 619-237-9500
Fax 619-237-9555 fax

7
*Counsel for Plaintiff*

8

9
Haddad v. Netflix, Inc., et al., Case No. 09-00958 PJH

10
Matthew Schultz (220641)
Timothy D. Battin

11
Thomas M. Palumbo
STRAUS & BOIES, LLP

12
4041 University Drive, 5th Floor
Fairfax, Virginia  22030

13
Tel:  (703) 764-8700
Fax: (703) 764-8704

14

15
*Counsel for Plaintiff*

16
Wiebe v. Netflix, Inc., et al., Case No. 09-01274 PJH

17
Terry Gross
Adam C. Belsky

18
Monique Alonso
GROSS BELSKY ALSONSO LLP

19
180 Montgomery Street, Suite 2200
San Francisco, CA 94101

20
Tel.:  (415) 544-0200
Fax:  (415) 544-0201

21

22
*Counsel for Plaintiff*

23
Kra v. Netflix, Inc. et al., Case No. 09-01499 PJH

24
Mario N. Alioto
Lauren C. Russel

25
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP

26
2280 Union Street
San Francisco, CA 94123

27
Tel.:  (415) 563-7200

28
NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

Fax:  (415) 346-0679

Joseph M. Patane
LAW OFFICE OF JOSEPH M. PATANE
2280 Union Street
San Francisco, CA 94123
Tel.:  (415) 563-7200
Fax:  (415) 346-0679

Sherman Kassof
LAW OFFICES OF SHERMAN KASSOF
954 Risa Road, Suite B
Lafayette, CA 94549
Tel.:  (510) 652-2554
Fax:  (510) 652-9308

*Counsel for Plaintiff*

*Belai v. Netflix, Inc. et al.*, Case No. 09-01740
PJH

Daniel E. Gustafson
Jason S. Kilene
GUSTAFSON GLUEK PLLC
650 Northstar East
608 Second Avenue South
Minneapolis, MN 55402
(612) 333-8844 office
(612) 339-6622 fax

Dianne M. Nast
RODANAST, P.C.
801 Estelle Drive
Lancaster, PA 17601
(717) 892-3000 office
(717) 892-1200 fax

Edward A. Wallace
WEXLER WALLACE, LLP
55 West Monroe Street, Suite 3300
Chicago, IL 60603
(312) 346-2222 office
(312) 589-6273 fax

*Counsel for Plaintiffs*

*Michalski, et al. v. Netflix, Inc., et al.*,
Case No. 09-02065

Steve Berman
Anthony D. Shapiro
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

Seattle, WA 98101
Tel.:  (206) 623-7292
Fax:  (206) 623-0594

J. Barton Goplerud
HUDSON MALLANEY & SHINDLER P.C.
5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265
Tel.:  (515) 223-4567
Fax:  (515) 223-8887

*Counsel for Plaintiffs*

Boynton v. Wal-Mart.com USA LLC, et al.,
(transferred from District of New
Hampshire1:09-cv-00026)

Mayer v. Wal-Mart.com USA LLC, et al.,
Case No .09-02067

Stephen R. Fine
LAW OFFICES OF STEPHEN R. FINE
620 Chestnut Street
Manchester, NH 03104
Tel.:  (603) 668-2343
Fax:  (603) 626-0408

*Counsel for Plaintiff*

Boynton v. Wal-Mart.com USA LLC, et al.,
(transferred from District of New
Hampshire1:09-cv-00026)

Dennis J. Johnson
JOHNSON & PERKINSON
1690 Williston Road
South Burlington, VT 05403
Tel.:  (802) 862-0030
Fax:  (802) 862-0060

*Counsel for Plaintiff*

Mayer v. Wal-Mart.com USA LLC, et al.,
Case No. 09-02067

Daniel E. Becnel, Jr.
BECNEL LAW FIRM
Nghana Lewis Gauff
Matthew B. Moreland
P.O. Drawer H
Reserve, LA 70084
(985) 536-1186 office
(985) 536-6445 fax

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

- 17 -

1

2          *Counsel for Plaintiffs*

3          Christina v. Netflix, Inc., et al.,
           (transferred from Middle District of Louisiana
           3:09-cv-00059)

4

5          Hotard v. Netflix, Inc., et al.,
           Case No. 09- 02153

6          John R. Wylie
           FUTTERMAN HOWARD WATKINS WYLIE
7          & ASHLEY, CHTD.
           122 S. Michigan Avenue, Suite 1850
8          Chicago, IL 60603
           (312) 427-3600 office
9          (312) 427-1850 fax

10         *Counsel for Plaintiff*

11         Levin v. Wal-Mart.com USA LLC, et al.,
           Case No. 09-02155

12
           Archie C. Lamb, Jr.
13         THE LAMB FIRM, LLC
           P.O. Box 2088
14         Birmingham, AL 35201
           (205) 324-4644 office
15         (205) 324-4649 fax

16         *Counsel for Plaintiff*

17         Touchton v. Netflix, Inc., et al.,
           Case No. 09-02154

18
           E. Kirk Wood, Jr.
19         WOOD LAW FIRM, LLC
           P.O. Box 382434
20         Birmingham, AL 35238
           (205) 612-0243 office
21         (205) 705-1223 fax

22         *Counsel for Plaintiff*

23         Kopera v. Netflix, Inc., et al.,
           Case No.09-02062

24
           Harry F. Bell, Jr.
25         William L. Bands, Jr.
           BELL & BANDS, PLLC
26         P.O. Box 1723
           Charleston, West Virginia 25326
27         (304) 345-1700 office

28    NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

                                    - 18 -

(304) 344-1956 fax

*Counsel for Plaintiff*

Walters, et al. v. Netflix, Inc., et al.,
Case No. 09-02066

Irwin B. Levin
Richard E. Shevitz
Eric S. Pavlack
COHEN & MALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Tel.: (317) 636-6481
Fax: (317) 636-2593

*Counsel for Plaintiff*

Karatz v. Netflix, Inc., et al.,
(transferred from Southern District of Indiana
1:09-cv-00136)

Michael Goetz
MORGAN & MORGAN, P.A.
One Tampa City Center, Suite 700
Tampa, FL 33602
(813) 223-5505 office
(813) 223-5402 fax

Scott W. Weinstein
MORGAN & MORGAN, P.A.
One University Park
12800 University Drive
Fort Myers, FL 33906
(239) 433-6880 office
(239) 433-6836 fax

*Counsel for Plaintiff*

Bowles v. Netflix, Inc., et al.,
Case No. 09-02063

Andres F. Alonso
Jerrold S. Parker
David B. Krangle
PARKER WAICHMAN ALONSO LLP
111 Great Neck Road, Suite 101
Great Neck, NY 11021
(516) 466-6500 office
(516) 466-6665 fax

*Counsel for Plaintiff*

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

Shafeek v. Netflix, Inc., et al.,
Case No. 09-02151

W. Mark Lanier
Richard D. Meadow
Evan M. Janush
THE LANIER LAW FIRM, PLLC
126 E. 56th Street, 6th Floor
New York, NY 10022
(212) 421-2800 office
(212) 421-2878 fax

David W. Zoll
Michelle L. Kranz
ZOLL, KRANZ & BORGESS, LLC
6620 W. Central Avenue, Suite 200
Toledo, OH 43617
(419) 841-9623 office
(419) 841-9719 fax

*Counsel for Plaintiff*

Wagner v. Netflix, Inc., et al.,
Case No. 09-02184

Joseph P. Danis
Michael J. Flannery
Corey D. Sullivan
CAREY & DANIS, LLC
8235 Forsyth Boulevard, Suite 1100
St. Louis, MO 63105
(314) 725-7700 office
(314) 721-0905 fax

*Counsel for Plaintiff*

Jones v. Netflix, Inc., et al.,
Case No. 09-02152

Eric M. Quetglas Jordan
QUETGLAS LAW OFFICES
P.O. Box 16606
San Juan, PR 00908
(787) 722-0635 office
(787) 725-3970 fax

*Counsel for Plaintiff*

Ortiz-Cardona v. Netflix, Inc., et al.,
Case No. 09-02150

Robert M. Foote
Matthew Herman

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

- 20 -

Stephen Fung
FOOTE, MEYERS, MIELKE & FLOWERS, LLC
28 North First Street, Suite 2
Geneva, IL 60134
(630) 232-6333 office
(630) 845-8982 fax

Peter Currie
THE LAW FIRM OF PETER L. CURRIE, P.C.
536 Wing Lane
Saint Charles, IL 60174
(630) 862-1130 office
(630) 845-8982 fax

Kathleen C. Chavez
CHAVEZ LAW FIRM, P.C.
28 North First Street, Suite 2
Geneva, IL 60134
Tel.:  (630) 232-4480
Fax:  (630) 845-8982

*Counsel for Plaintiff*

Cleary v. Wal-Mart.com USA LLC, et al.,
Case No. 09-02156

***Additional Counsel for Plaintiffs***

7/7/09


IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

- 21 -